UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00288-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RODOLPHO TRUJILLO,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the United States' and the Director of the Federal Bureau of Prison's ("the government's") Motion to Reduce Term of Imprisonment to Time Served.

On January 24, 2012, defendant Rodolpho Trujillo pleaded guilty to violating 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A), Conspiracy to Possess with Intent to Distribute Cocaine, and violating 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering. On November 27, 2012, Mr. Trujillo was sentenced to a 135-month sentence and a supervised release term of five years. On September 25, 2015, the Court issued an Order reducing Mr. Trujillo's sentence to a 120-month term of imprisonment.

Mr. Trujillo, age 50, is diagnosed with metastatic stage IV prostate cancer with metastasis to the spine. His prognosis is poor and his life expectancy is less than 18 months. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

Having considered the government's motion and finding that good cause exists based on extraordinary circumstances shown, the Court enters the following Order in accordance with 18 U.S.C. § 3582(c)(1)(A)(i).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Reduce Term of Imprisonment to Time Served (#105) is **GRANTED**, as follows:

(1) Defendant's term of imprisonment is hereby reduced to **TIME SERVED**;

(2) Defendant shall be released from the custody of the Bureau of Prisons as soon as the Release Plan is implemented, and travel arrangements can be made; and

(3) That upon his release from the custody of the Bureau of Prisons, the Defendant shall begin serving the five-year term of supervised release previously imposed.

Signed: November 16, 2017

Max O. Cogburn Jr.
United States District Judge