FILED
CHARLOTTE, NC

JUN 11 2018

US District Court
Western District of N...



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

To: The Honorable Max O. Cogburn, Jr.
U.S. District Court Judge

From: Corey Lapointe
U.S. Probation Officer

Subject: Rodolpho Trujillo
Case Number: 0419 3:11CR00288-001
OUT-OF-COUNTRY TRAVEL

Date: 6/8/2018

---

The defendant is requesting to travel to Nayarit, Mexico to visit is family between the dates of June 27, 2018 and July 18, 2018. He plans to secure commercial airline transportation once the request is approved.

The defendant commenced his supervision on 11/17/2017 after receiving a sentence reduction due to his physical health. He is in the advanced stages of stage IV prostate cancer and is currently undergoing treatment. He has a short life expectancy and would like to visit his family before he dies.

His doctor, Nasfat Shehanden, MD, provided a letter recommending that he be allowed to visit Mexico and did not note any health related restrictions to this travel. I have attached the letter for your review.

Although the defendant was convicted of Drug Trafficking and Money Laundering, he was assessed as a low risk offender with a low risk of recidivism. He has been in full compliance with his supervision and the probation officer has no objection to this request.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-249-5407, should you have any questions.

Attachment

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: June 8, 2018

Max O. Cogburn Jr
United States District Judge